IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF THE | : | Misc No. 05mc119 |
| UNITED STATES OF AMERICA | : | |
| EXTRADITION OF | : | Judge Jones |
| ALEXANDER WINSTON SYLVESTER | : | |

ORDER

AND NOW, THIS 23rd day of December, 2005 , it is hereby ORDERED that Stephen F. Becker, Esquire is hereby appointed to represent the defendant in all matters pertaining to this action.

s/ John E. Jones III
John E. Jones III
United States District Judge