IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF THE | : | Misc No. 05mc119 |
| UNITED STATES OF AMERICA | : | |
| EXTRADITION OF | : | Judge Jones |
| ALEXANDER WINSTON SYLVESTER | : | |

---

**Type of Case:**
    ( ) Civil    (X) Criminal

(xx) **Take notice that the proceeding in this case has been
    SCHEDULED for the place, date and time set forth below:**

| | |
|---|---|
| United States District Court | COURTROOM NO. 2 - FOURTH FLOOR |
| 240 West Third Street | |
| Williamsport, PA 17701 | Date/ time: January 18, 2006 at 9:30 a.m. |
| **TYPE OF PROCEEDING:** | Extradition Hearing |

NOTE: Attorneys and clients appearing for pleas are expected to be in the courtroom ten minutes prior to the time court is scheduled to begin.

                                        Mary E. D'Andrea, Clerk

                                        s/ Elizabeth A. O'Donnell
                                        Elizabeth A. O'Donnell
                                        Deputy Clerk

DATED: 12/23/05
Judge John E. Jones III
Christian Fisanick, AUSA
Stephen F. Becker, Esquire
U.S. Probation
U.S. Marshal